1  JAMES SANCHEZ, City Attorney (SBN 116356)
   **SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
2  SChapman@cityofsacramento.org
   CITY OF SACRAMENTO
3  915 I Street, Room 4010
   Sacramento, CA  95814-2608
4  Telephone:  (916) 808-5346
   Telecopier:  (916) 808-7455
5
   Attorneys for Defendants CITY OF SACRAMENTO
6  And RICK BRAZIEL

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  STEVE BLAKE, individually and as<br>Successor-in-Interest to Carl Blake, deceased, | Case No.:  2:12-CV-02061-WBS-KJN |
| 12 | |
| 13                           Plaintiff, | **ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO JOIN BONNIE ILENE WEHE (BLAKE) AS A DEFENDANT** |
| 14      vs. | |
| 15  CITY OF SACRAMENTO, et al | |
| 16                           Defendants. | |

17

18      The Court, having considered Plaintiff Steve Blake and Defendants City of Sacramento

19  and Rick Braziel's Stipulation to grant Plaintiff leave to file the First Amended Complaint

20  and to join Bonnie Ilene Wehe (Blake) as a Defendant, and good cause appearing therefore,

21  the Court HEREBY ORDERS as follows:

22      1.      Plaintiff is granted leave to file the First Amended Complaint.

23      2.      Plaintiff may join Bonnie Ilene Wehe, also known as Bonnie Ilene Blake as a

24  Defendant in this action.

25  Dated:  September 12, 2013

26  _____
    WILLIAM B. SHUBB
27  UNITED STATES DISTRICT JUDGE

28

                                              1