JAMES SANCHEZ, City Attorney (SBN 116356)
**SHERI M. CHAPMAN, Senior Deputy City Attorney (SBN 215775)**
SChapman@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO
And RICK BRAZIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BLAKE, individually and as Successor-in-Interest to Carl Blake, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al<br><br>Defendants. | Case No.:  2:12-CV-02061-WBS-KJN<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO JOIN BONNIE ILENE WEHE (BLAKE) AS A DEFENDANT** |

The Court, having considered Plaintiff Steve Blake and Defendants City of Sacramento and Rick Braziel's Stipulation to grant Plaintiff leave to file the First Amended Complaint and to join Bonnie Ilene Wehe (Blake) as a Defendant, and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1. Plaintiff is granted leave to file the First Amended Complaint.

2. Plaintiff may join Bonnie Ilene Wehe, also known as Bonnie Ilene Blake as a Defendant in this action.

Dated:  September 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE