JAMES SANCHEZ, City Attorney (SBN 116356)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BLAKE, individually and as Successor-in-Interest to Carl Blake, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, RICK BRAZIEL, et al<br><br>Defendants. | Case No.:  2:12-CV-02061-WBS-KJN<br><br>**STIPULATION TO VACATE TRIAL DATE, FINAL PRETRIAL CONFERENCE AND TO AMEND PRETRIAL SCHEDULING ORDER; [PROPOSED]ORDER** |

   IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record that the June 3, 2014 trial date and the Final Pretrial Conference scheduled for April 14, 2014, in the above captioned matter shall be vacated.  The proposed new trial date is December 2, 2014.  It is proposed that the Final Pretrial Conference be rescheduled to October 14, 2014.

   It is further stipulated between the parties, that the Court's Pretrial Scheduling Order of November 6, 2012, shall be amended as follows:

   Rule 26(a)(2) Expert Disclosure:              June 2, 2014

   Completion of Discovery:                     July 7, 2014

| | | |
|---|---|---|
| 1 | Discovery Motions to be Heard no Later than: | July 7, 2014 |
| 2 | Non-Discovery Motions Shall be Filed by: | September 8, 2014 |

DATED: October 3, 2013                    JAMES SANCHEZ
                                          City Attorney


                                    By:   /s/ Sean D. Richmond
                                          **SEAN D. RICHMOND**
                                          Senior Deputy City Attorney

                                          Attorneys for the
                                          CITY OF SACRAMENTO


DATED: October 3, 2013                    MILLER LAW, INC.


                                    By:   /s/ John C. Miller, Jr.
                                          **JOHN C. MILLER, JR.**

                                          Attorneys for Plaintiff
                                          STEVE BLAKE, individually and as
                                          Successor-in-Interest to Carl Blake, deceased

**ORDER**

IT IS HEREBY ORDERED, that the June 3, 2014, trial date and the Final Pretrial Conference scheduled for April 14, 2014, shall be vacated.  The new trial date is December 2, 2014.  The Final Pretrial Conference shall be rescheduled to October 14, 2014.

IT IS FURTHER ORDER, that the Court's Pretrial Scheduling Order of November 6, 2012, shall be amended as follows:

| | |
|---|---|
| Rule 26(a)(2) Expert Disclosure: | June 2, 2014 |
| Completion of Discovery: | July 7, 2014 |
| Discovery Motions to be Heard No Later Than: | July 7, 2014 |
| Non-Discovery Motions Shall Be Filed By: | September 8, 2014 |

IT IS SO ORDERED.

Dated:  October 4, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE