JOHN C. MILLER, JR., #143323
**MILLER LAW, INC.**
A Professional Law Corporation
MAILING ADDRESS:
Post Office Box 700
Folsom, California 95763-0700
Phone: (916) 351-1200
Fax: (916) 351-1244
Email:  jmiller@millerlawinc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BLAKE, individually and as Successor-in-Interest to Carl Blake, deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; RICK BRAZIEL, in in his official capacity as chief of police for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 1, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 2, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 3, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 4, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 5, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOES 6 – 50, inclusive, individually and in their official capacities as police officers for the City of Sacramento and the Sacramento Police Department,<br>　　　　Defendants. | CASE NO.  2:12-cv-2061 WBS<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE THE SECOND AMENDED COMPLAINT AND TO JOIN RONALD CHESTERMAN AS A DEFENDANT** |

_____

The Court, having considered Plaintiff Steve Blake and Defendants City of Sacramento and Rick Braziel's Stipulation to grant Plaintiff leave to file the Second Amended Complaint and to join Ronald Chesterman as a Defendant, and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1. Plaintiff is granted leave to file the Second Amended Complaint.

2. Plaintiff may join Ronald Chesterman as a Defendant in this action.

Dated: January 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
**BLAKE v. CITY OF SACRAMENTO, et al.; Case No. 2:12-cv-2061**

PROOF OF SERVICE

CODE OF CIVIL PROCEDURE
SECTIONS 1013, SUBDIVISION (a) AND 2015.5

    I am a citizen of the United States and am employed in the County of Sacramento.  I am over the age of 18 years and not a party to the within cause; my business address is Miller Law, Inc.,  49 B Natoma Street, Folsom, CA 95630 (Mailing Address: P.O. Box 700, Folsom, California 95763-0700).

    On the date below, I served the within **ORDER GRANTING PLAINTIFF LEAVE TO FILE THE SECOND AMENDED COMPLAINT AND TO JOIN RONALD CHESTERMAN AS A DEFENDANT** on the parties in this cause, by placing for collection, process and deposit a true copy thereof enclosed in this action as follows:

*SEE SERVICE LIST*

☒    **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed in the service list, and placing each for collection and mailing on that date following the ordinary course of business practices.  I am readily familiar with this business's practice for the collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Folsom, California, in a sealed envelope with postage fully prepaid.

☐    **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed as above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐    **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the person at the fax numbers listed on the service list.  The telephone number of the sending facsimile machine was (916) 351-1244.  The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.  A copy of that report is attached.

☐    **BY EMAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the service list.  I did not receive, within a reasonable time after the transmission, any electronic message other than indication that the transmission was unsuccessful.

☐    **PERSONAL SERVICE:** I personally delivered the document(s) listed above to the party(ies) or person(s) listed above and/or authorized to accept service on their behalf.

☒    **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2014 at Folsom, CA

_____
Jeanne Hutton

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
BLAKE v. CITY OF SACRAMENTO, et al.; Case No. 2:12-cv-2061

# SERVICE LIST

**ATTORNEYS FOR DEFENDANTS CITY OF SACRAMENTO and RICK BRAZIEL:**
James Sanchez, City Attorney
**Sean D. Richmond, Sr. Deputy City Attorney**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814
PH:  (916) 808-5346; FAX: (916) 808-7455
Email: srichmond@cityofsacramento.org
edillard@cityofsacramento.org