JOHN C. MILLER, JR., #143323
MILLER LAW, INC.
A Professional Law Corporation
MAILING ADDRESS:
Post Office Box 700
Folsom, California 95763-0700
Phone: (916) 351-1200
Fax: (916) 351-1244
Email: jmiller@millerlawinc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BLAKE, individually and as Successor-in-Interest to Carl Blake, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; RICK BRAZIEL, in in his official capacity as chief of police for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 1, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 2, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 3, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 4, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOE OFFICER NUMBER 5, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department; DOES 6 – 50, inclusive, individually and in their official capacities as police officers for the City of Sacramento and the Sacramento Police Department,<br>            Defendants. | CASE NO. 2:12-cv-2061<br><br>DECLARATION OF STEVE BLAKE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION<br><br>DATE: March 10, 2014<br>TIME: 2:00 p.m.<br>CTRM: 5 |

I, Steve Blake declare:

1. I am an individual residing in the state of California, County of Sacramento. I have personal knowledge of the following facts and if called and sworn to testify, I can competently testify thereto.

2. I am the father of decedent Carl Blake ("Decedent").

3. I was present at a residence located at 2930 Silk Court, Sacramento, CA (the "Property") on August 26, 2011. I will hereinafter refer to the events that transpired at the Property on this date which give rise to this lawsuit as the "Incident".

4. Decedent has a history of mental illness. Prior to the Incident, officers from the City of Sacramento Police Department had previously responded to the Property with respect to Decedent and were aware of his mental illness.

5. Prior to the officers from the Sacramento Police Department arriving at the Property on the day of the Incident, Decedent had pulled the hair of a woman who was visiting the Property. In addition, he had scratched my face.

6. After the officers from the Sacramento Police Department arrived at the Property on the day of the Incident, they searched the house. Thereafter, I informed them that Decedent was inside the Property, likely in his bedroom.

7. Decedent's bedroom was located in a hall, directly off a large, open living room.

8. As I was informing the officers of Decedent's likely location, I was walking towards his bedroom door and they followed me there. When I reached out to grab the door handle to open his bedroom door, one of the officers pointed towards the front door of the Property and told me I should go there. I did so, and stood in the open doorway facing the interior of the Property.

9. From my location at the front door I could see the living room, part of the kitchen and part of the hallway where the Decedent's bedroom was located.

10. The next thing I observed was three officers backing up and Decedent emerging from the hallway into the living room with a steak knife in one hand. I estimate the blade on the steak knife that Decedent was holding was 4 to 5 inches in length.

///

11. Decedent took one step into the living room while moving the steak knife in a circular motion in front of him. At about the time he took the first step into the living room Decedent was shot at with a taser. At this same time, Decedent switched to holding the steak knife with both hands in front of him.

12. I then observed Decedent take a second small step after the taser shot. During this second step, officer Chesterman pointed his service revolver at Decedent and told Decedent to drop the knife. Decedent advanced approximately 1 foot and during this time and officer Chesterman told him to stop or he would shoot. I observed Decedent come to full stop. Thereafter, I observed officer Chesterman discharge his service revolver two times, striking Decedent in the abdomen.

13. At the time Decedent was shot by officer Chesterman's service revolver, both individuals were facing each other and were approximately 10 to 12 feet apart. Further, both individuals were standing still at the time the two shots were fired by officer Chesterman.

14. I estimate that approximately 15 seconds elapsed between the time I first observed Decedent enter into the living room and the time the two shots were fired by officer Chesterman from his service revolver.

15. I never observed Decedent holding the knife over his head in any fashion while he was in my field of view.

16. At no time did I hear Decedent growling.

17. At the time the two shots were fired, there was approximately 3 to 5 feet behind officer Chesterman in the living room which was clear of furnishings and walls.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2014 in Sacramento, California

*Steven A. Blake*
STEVE BLAKE

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
BLAKE v. CITY OF SACRAMENTO, et al.; Case No. 2:12-cv-2061

PROOF OF SERVICE
CODE OF CIVIL PROCEDURE
SECTIONS 1013, SUBDIVISION (a) AND 2015.5

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is Miller Law, Inc., 49 B Natoma Street, Folsom, CA 95630 (Mailing Address: P.O. Box 700, Folsom, California 95763-0700).

On the date below, I served the within **DECLARATION OF STEVE BLAKE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION** on the parties in this cause, by placing for collection, process and deposit a true copy thereof enclosed in this action as follows:

*SEE SERVICE LIST*

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed in the service list, and placing each for collection and mailing on that date following the ordinary course of business practices. I am readily familiar with this business's practice for the collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Folsom, California, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed as above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the person at the fax numbers listed on the service list. The telephone number of the sending facsimile machine was (916) 351-1244. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error. A copy of that report is attached.

☒ **BY EMAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message other than indication that the transmission was unsuccessful.

☐ **PERSONAL SERVICE:** I personally delivered the document(s) listed above to the party(ies) or person(s) listed above and/or authorized to accept service on their behalf.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2014 at Folsom, CA

Jeanne Hutton

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
BLAKE v. CITY OF SACRAMENTO, et al.; Case No. 2:12-cv-2061

## SERVICE LIST

**ATTORNEYS FOR DEFENDANTS CITY OF SACRAMENTO and RICK BRAZIEL:**
James Sanchez, City Attorney
**Sean D. Richmond, Sr. Deputy City Attorney**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814
PH: (916) 808-5346; FAX: (916) 808-7455
Email: srichmond@cityofsacramento.org
edillard@cityofsacramento.org

TRANSACTION REPORT
                              FEB/19/2014/WED 11:15 AM
FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|----------|----------|------|-----------|------|
| 001 | FEB/19 | 11:14AM | 8087455 | 0:01:00 | 5 | MEMORY  OK | SG3 3116 |

JOHN C. MILLER, JR., #143323
MILLER LAW, INC.
A Professional Law Corporation
MAILING ADDRESS:
Post Office Box 700
Folsom, California 95763-0700
Phone: (916) 351-1200
Fax: (916) 351-1244
Email: jmiller@millerlawinc.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE BLAKE, individually and as Successor-in-Interest to Carl Blake, deceased,

Plaintiff,

v.

CITY OF SACRAMENTO;
SACRAMENTO POLICE DEPARTMENT;
RICK BRAZIEL, in in his official capacity as chief of police for the City of Sacramento and the Sacramento Police Department;
DOE OFFICER NUMBER 1, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department;
DOE OFFICER NUMBER 2, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department;
DOE OFFICER NUMBER 3, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department;
DOE OFFICER NUMBER 4, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department;
DOE OFFICER NUMBER 5, individually and in his official capacity as a police officer for the City of Sacramento and the Sacramento Police Department;
DOES 6 – 50, inclusive, individually and in their official capacities as police officers for the City of Sacramento and the Sacramento Police

CASE NO. 2:12-cv-2061

DECLARATION OF STEVE BLAKE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION

DATE: March 10, 2014
TIME: 2:00 p.m.
CTRM: 5