JAMES SANCHEZ, City Attorney (SBN 116356)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BLAKE, individually and as Successor-in-Interest to Carl Blake, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, RICK BRAZIEL, et al<br><br>Defendants. | Case No.:  2:12-CV-02061-WBS-KJN<br><br>**STIPULATED DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**<br><br>[FRCP 41(a)(1)]<br><br>Date:<br>Time:<br>Courtroom:  5<br>Location:     501 I Street, 14th Fl.<br>                      Sacramento, CA  95814<br>Judge:          Hon. William B. Shubb<br>Trial Date:    December 2, 2014 |

   The parties to this action, by and through their counsel of record, stipulate to the dismissal of this entire action and all defendants with prejudice.

DATED:  September 24, 2014

Office of the Sacramento City Attorney        JAMES SANCHEZ, City Attorney
915 I. Street, 4th Floor
Sacramento, CA  95814                          By:       /s/Sean D. Richmond
(916) 808-5346                                 **SEAN D. RICHMOND**
SBN:  226805                                   Senior Deputy City Attorney

                                               Attorneys for the
                                               CITY OF SACRAMENTO

1

| | |
|---|---|
| DATED:  September 24, 2014 | MILLER LAW, INC. |
| John C. Miller, Jr. | |
| 49 B Natoma Street | |
| Folsom, CA  95630 C | |
| SBN: 143323 | |
| (916) 351-1200 | |

By:   /s/ John C. Miller, Jr.
**JOHN C. MILLER, JR.**

Attorneys for Plaintiff
STEVE BLAKE, individually and as
Successor-in-Interest to Carl Blake, deceased

1
2

**ORDER**

3   IT IS HEREBY ORDERED, that this action be dismissed in its entirety and as to all
4   defendants, with prejudice.
5   Dated: September 24, 2014

6
7   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28